IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNIVERSAL MEDICAL, LLC )
) No. 3-13-0342
v. )
)
LANX, INC. )

O R D E R

The plaintiff's motion to amend complaint (Docket Entry No. 37) is GRANTED.

The Clerk is directed to file the plaintiff's amended complaint (Docket Entry No. 37-1).

The defendant shall have until January 15, 2014, to file a response to the plaintiff's amended complaint.

IT is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge